UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| MICHAEL SHELTON | : | CR. NO. 13-289  (JBS) |
| | : | |
| | : | |

    The financial inability of the defendant to retain counsel having been

established by the Court, and the defendant not having waived the appointment

of counsel,

    IT IS on this 29TH day of APRIL, 2013

    ORDERED that the Federal Public Defender for the District of New Jersey,

(THOMAS YOUNG, AFPD) is hereby appointed to represent said defendant in this
case

until further order of the Court.

                        _Jerome B. Simandle_
                        JEROME B. SIMANDLE
                        CHIEF UNITED STATES DISTRICT JUDGE


cc:  Federal Public Defender